[No. 32105-3-III.  Division Three.  June 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM A. BROUSSEAU, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32182-7-III.  Division Three.  June 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE ALLAN JONES, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 32198-3-III.  Division Three.  June 9, 2015.]

CHARLIE Y. CHENG, *Appellant*, v. SPOKANE EYE CLINIC ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.